**[J-53-2015]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


| | |
|---|---|
| VINCENT P. NERTAVICH, JR. | : No. 21 EAP 2015 |
| | : |
| | : Appeal from the Judgment of Superior |
| v. | : Court entered on 08/27/2014 at No. |
| | : 3415 EDA 2012 (reargument denied |
| | : 10/30/2014) reversing and remanding |
| PPL ELECTRIC UTILITIES, KTA, KTA- | : the Judgment entered 12/05/2012 in the |
| TATOR, INC., KTA/SET | : Court of Common Pleas, Philadelphia |
| ENVIRONMENTAL, S-E | : County, Civil Division at No. 2316 |
| TECHNOLOGIES, INC., ALEXANDER | : September Term 2009. |
| ANDREW, INC., D/B/A FALLTECH, | : |
| ALEXANDER ANDREW,  INC., | : ARGUED:  September 10, 2015 |
| FALLTECH, THOMAS & BETTS CORP., | : |
| THOMAS & BETTS CORP., D/B/A OR T/A | : |
| MEYER STEEL STRUCTURES, F/K/A | : |
| I.T.T. - MEYER INDUSTRIES, F/K/A | : |
| MEYER INDUSTRIES, MEYER STEEL | : |
| STRUCTURES F/K/A I.T.T.- MEYER | : |
| INDUSTRIES, F/K/A MEYER STEEL | : |
| STRUCTURES, ITT-MEYER | : |
| INDUSTRIES, MEYER INDUSTRIES, | : |
| MEYER MACHINE, INC. AND WINOLA | : |
| INDUSTRIAL, INC. | : |
| | : |
| | : |
| | : |
| APPEAL OF:  VINCENT P. NERTAVICH, | : |
| JR. | : |


**ORDER**


**PER CURIAM**

   **AND NOW,** this 27th day of October 2015, the Order of the Superior Court is

**AFFIRMED**.